ELFBRANDT *v.* RUSSELL ᴇᴛ ᴀʟ.

No. 553, Misc.  Decided June 15, 1964.

*W. Edward Morgan* for petitioner.

*Robert W. Pickrell,* Attorney General of Arizona, *Philip M. Haggerty,* Assistant Attorney General, and *Norman E. Green* for respondents.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.  The judgment is vacated and the case is remanded to the Supreme Court of Arizona for further consideration in light of *Baggett* v. *Bullitt,* 377 U. S. 360.